IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>AILEEN CONDE AGUIAR<br><br>DEBTOR (S) | CASE NO. 15-09237/BKT<br><br>CHAPTER 13<br><br>**ADVERSARY 17-00032** |
| AILEEN CONDE AGUIAR<br><br>PLAINTIFF (S) | |
| BANCO POPULAR PUERTO RICO<br><br>DEFENDANT (S) | |
| ALEJANDRO OLIVERAS RIVERA, ESQ<br>CHAPTER 13 TRUSTEE | |

**CERTIFICATE OF SERVICE**
**RE: NOTICE TO DEFENDANTS OF COMPLAINT AND SUMMONS**

TO THE HONORABLE COURT:

I ROBERTO FIGUEROA CARRASQUILLO, attorney for plaintiffs, certify that on February 7, 2017, a true copy of the adversary cover sheet, complaint and summons, issued by the Court in the above captioned proceeding, were mailed to defendant Banco Popular de Puerto Rico c/o Richard L. Carrion, President, PO Box 362708, San Juan PR 00936-2708, certified mail #70142120000093435917; Edge Legal Strategies PSC c/o Eyck O. Lugo Rivera, Esq, and Natalia I. Ramirez Diaz, Esq., 252 Ponce de Leon Ave Suite 1200, San Juan PR 00918, certified mail #70142120000093435924; Alejandro Oliveras Rivera,

Page -2-
Certificate of Service
Adversary Proceeding 17-00032

Chapter 13 Trustee, PO Box 9024062, San Juan PR 00902-4062, certified mail #70161370000074984957. Attached is copy of delivery receipt for each party that was noticed as herein stated.

**CERTIFICATE OF SERVICE**: The undersigned attorney hereby certifies that on this same date a copy of this certificate of service has been filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants. I also certify that a copy of this certificate of service was served by regular mail to plaintiff/debtor Aileen Conde Aguiar, in the above captioned adversary proceeding.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 7th day of February, 2017.

/s/ *Roberto Figueroa-Carrasquillo*
R. FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PLANTIFFS
PO BOX 186
CAGUAS, PR 00726
TEL NO. (787) 744-7699 FAX (787) 746-5294
EMAIL rfigueroa@rfclawpr.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.35 | 0726 |
| | $2.75 | 03 |
| Certified Fee | $0.00 | |
| | $0.00 | Postmark |
| Return Receipt Fee (Endorsement Required) | $0.00 | Here |
| | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| | $0.70 | |
| Total Postage & Fees | $ | 02/07/2017 |
| | $6.80 | |

Sent To  Banco Popular de Puerto Rico
         Richard L Carrion, Presidente
Street & Apt. No., or PO Box No.  PO Box 362708
City, State, ZIP+4  San Juan P.R. 00936-2708

PS Form 3800, July 2014    See Reverse for Instructions

7014 2120 0000 9343 5917

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SAN JUAN, PR 00902

OFFICIAL USE

| Certified Mail Fee | $3.35 | | 0726 |
|---|---|---|---|
| $ | $2.75 | | 03 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | | | |
| $ | $0.70 | | |
| Total Postage and Fees | | | 02/07/2017 |
| $ | $6.80 | | |

Sent To  Alejandro Oliveras Rivera, Esq. Chapter 13 Trustee
Street and Apt. No., or PO Box No.  PO Box 9024062
City, State, ZIP+4  San Juan P.R. 00902-4062

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1370 0000 7498 4957

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SAN JUAN, PR 00918

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.35 | 0726 |
| $ | $2.75 | 03 |
| Certified Fee | $0.00 | |
| | $0.00 | Postmark |
| Return Receipt Fee (Endorsement Required) | $0.00 | Here |
| | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| | $0.70 | |
| Total Postage & Fees | $ | 02/07/2017 |
| | $6.80 | |

Sent To  Enrique R Lugo Rivera, Esq.
         Natalia I Parrilla Diaz, Esq.
Street & Apt. No., or PO Box No.  Lugo Legal Partners, PSC
                                  254 Ponce de Leon Ave Suite 1200
City, State, ZIP+4  San Juan P.R. 00918

PS Form 3800, July 2014    See Reverse for Instructions

7014 2120 0000 9343 5924

